IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ROBERT PERNELL HURD, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-16-350-M |
| | ) | |
| TIM WILKINSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On April 19, 2016, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's motion for leave to proceed *in forma pauperis* be denied and that the action be dismissed without prejudice unless petitioner pays the full filing fee to the Clerk of the Court by May 9, 2016. On May 6, 2016, petitioner paid the full $5.00 filing fee.

Upon de novo review, the Court:

(1)　ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on April 19, 2016;

(2)　DENIES petitioner's motion for leave to proceed *in forma pauperis* [docket no. 2], and

(3)　RECOMMITS this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 9th day of May, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE