# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ROBERT PERNELL HURD,  )
                      )
       Petitioner,    )
                      )
vs.                   )   Case No. CIV-16-350-M
                      )
JOE ALLBAUGH, Director,)
                      )
       Respondent.    )

## ORDER

On June 29, 2017, United States Magistrate Judge Gary M. Purcell issued a Second Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied. The parties were advised of their right to object to the Second Supplemental Report and Recommendation by July 19, 2017. On July 20, 2017, petitioner filed his objection, and on September 5, 2017, with this Court's leave, filed a supplement to his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Second Supplemental Report and Recommendation [docket no. 47] issued by the Magistrate Judge on June 29, 2017; and

(2) DENIES the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS SO ORDERED this 7th day of September, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE